DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 272P12 | State v. Lisa Day Kramer | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1524) (2 days late)<br><br>2. Def's Motion to Withdraw PDR | 1. - - -<br><br>2. Allowed |
|---|---|---|---|
| 278P05-3 | In Re: William Van Trusell | Def's *Pro Se* Motion for Petition for Actual Innocence | Dismissed<br><br>**Jackson, J., Recused** |
| 285P12 | State v. Mark Ackerman | Def's *Pro Se* PWC to Review Order of COA (COAP12-453) | Denied |
| 300P12 | State v. Ronald O. Smith and Mittie Smith | Defs' PDR Under N.C.G.S. § 7A-31 (COA11-1252) | Denied |
| 302P12 | State v. Tommy Edward Moody | Def's PDR Under N.C.G.S. § 7A-31 (COA11-1435) | Denied |
| 303P12 | Shannon Fatta v. M&M Properties Management, Inc. | 1. Plt's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA11-1397)<br><br>2. Def's Motion to Substitute Counsel | 1. Denied<br><br>2. Allowed |
| 305PA12-3 | State v. Robert Lance Randall | Application for *Writ of Mandamus* Pursuant to N.C.G.S. and N.C. R. App. P. 22(B) | Denied<br><br>**Jackson, J., Recused** |
| 312A12 | Jose Clemente Hernandez Gonzales, Employee v. Jimmy Worrell d/b/a Worrell Construction, Noninsured and Patrick Lamm and Co., LLC, Employer and Travelers Indemnity Co., Builders Mutual Ins. Co., Scott Ins. Agency, Sweiss Reinsurance Co., and Cincinnati Ins. Co., Carriers | 1. Defs' (Patrick Lamm and Co., LLC and Builders Mutual Ins. Co.) NOA Based Upon a Dissent (COA11-1405)<br><br>2. Def's' (Cincinnati Ins. Co.) PDR Under N.C.G.S. § 7A-31 | 1. - - -<br><br>2. Allowed |